AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 19-mc-13415
The premises known as 2114 Toledano )
Street, Apt. 6, New Orleans, Louisiana )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Louisiana_____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____November 20, 2019_____
                                                                                                                  *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____Magistrate Duty Judge_____.
                *(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☑ for  __30__  days *(not to exceed 30)*.
                                                    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 11-6-19; 4:35pm    *[signature]*
                                                                                                *Judge's signature*

City and state:   New Orleans, Louisiana     Honorable Karen Wells Roby, Chief U.S. Magistrate Judge
                                                                                        *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 19-mc-13415 | Date and time warrant executed: 11/7/2019 @ 9:45 AM | Copy of warrant and inventory left with: Jon Vu |
|---|---|---|

Inventory made in the presence of: SA Jared Miller

Inventory of the property taken and name of any person(s) seized:

See attached.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: December 17, 2019
Subscribed, sworn to, and returned before me this 17th day of December, 2019.

*Janis van Meerveld*
Janis van Meerveld, U.S. Magistrate Judge

*Executing officer's signature*

Jared B Miller, Special Agent
*Printed name and title*

**Property Seized from 2114 Toledano Street Apartment 6**

AMMUNITION, QTY: 1, MNF: SELLIER & BELLOT, CAL: 40

AMMUNITION, QTY: 15, MNF: SPEER, CAL: 357

METAL PLATES BELONGING TO CENTRAL MACHINERY 12 TON SHOP PRESS

TWO PIECES OF ALUMINUM FOIL, ONE EMPTY SANDWICH BAG BOX, AND ONE EMPTY BAG OF EASY TOUCH U-100 INSULIN SYRINGES

WALGREENS PRESCRIPTION BOTTLE CONTAINING SIX SMALL BROWN TUBES

DRUG: OTHER NARCOTICS, QTY: 253.7, MEA: GRAMS, CLEAR ZIPLOCK BAG CONTAINING A WHITE POWDERY SUBSTANCE

DRUG: OTHER NARCOTICS, QTY: 3.4, MEA: GRAMS, CLEAR PLASTIC BAGGIE CONTAINING THREE UNKNOWN BLUE PILLS W/ WHITE POWDER

DRUG: HEROIN, QTY: 238.6, MEA: GRAMS, CLEAR FOOD SAVER BAG CONTAINING SUSPECTED HEROIN PACKAGED IN ALUMINUM FOILS

DRUG: COCAINE, QTY: 79.7, MEA: GRAMS, TWO CLEAR PLASTIC BAGS CONTAINING SUSPECTED CRACK COCAINE

DRUG: Ecstasy, QTY: 66.8, MEA: GRAMS, TWO WALGREENS PRESCRIPTION BOTTLES AND A CLEAR BAGGIE CONTAINING 137 PILLS OF MDMA

DRUG: MARIJUANA, QTY: 18.2, MEA: GRAMS, FOUR CLEAR PLASTIC BAGGIES CONTAINING A GREEN VEGETABLE MATERIAL

DRUG: OTHER NARCOTICS, QTY: 15.1, MEA: GRAMS, CLEAR PLASTIC BAGGIE CONTAINING TWO GLASS SYRINGES CONTAINING A YELLOW SUBSTANCE

DRUG: COCAINE, QTY: 11.6, MEA: GRAMS, CLEAR PLASTIC BAGGIE CONTAINING A WHITE POWDERY SUBSTANCE

GLOCK .357 MAGAZINE

ONE BLANK WHITE ENVELOPE AND ONE WALMART RECEIPT FOR A MONEY ORDER FROM 1901 TCHOUPITOULAS ST, NEW ORLEANS, LOUISIANA 70130 ON 5/22/2019

CD HOLDER WITH MULTIPLE CDS LABELED INTERNATIONAL T NO LOOKIN BACK, AND ONE SMALL ALUMINUM FOIL

THE NOTARY SHOPPE NEW ORLEANS ID RENEWAL RECEIPT FOR YOUNG TERRANCE

MONEYGRAM RECEIPT FROM TERRANCE YOUNG TO MORSELL BAKER FOR $511.50 ON 2/12/2018

ENTERGY BILL FOR KEVIN WILLIAMS FOR 2114 TOLEDANO ST APT 6, NEW ORLEANS, LA 70115-5261 ON 01/25/2019

COLOR PHOTOGRAPH

TWO MIDLAND GXT HANDHELD RADIOS WITH CHARGING STATION

ENVELOPE WITH THE NAME TERRANCE YOUNG WRITTEN ON THE FRONT AND TWO POLAROID STYLE PHOTOGRAPHS

GREEN NOTEBOOK CONTAINING A HANDWRITTEN LEDGER

LOUISIANA OFFICE OF MOTOR VEHICLES TEMPORARY TAG RECEIPT FOR AN INFINITY G35, VIN: JNKBV61E88M219783, ACQUIRED ON 11/9/2017, OWNER NAME: RICKY RILEY

STATE OF LOUISIANA, DEPT OF CHILDREN AND FAMILY SERVICES CHILD SUPPORT BILLING STATEMENT TO TERRANCE YOUNG FOR KEYWANDA NICOLE PERKINS, DATED 06/17/2018

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS DOCUMENT ADDRESSED TO PRINCE CHRISTOPHER LOUIS, 2114 TOLEDANO ST APT 6, NEW ORLEANS, LA 70115

SEALED ENTERGY ENVELOPE ADDRESSED TO KEVIN WILLIAMS, 2114 TOLEDANO ST APT 6, NEW ORLEANS, LA 70115-5261

EMPTY BLACK LEXUS FIRST AID KIT BAG

METAL STRAINER COATED IN A BROWN POWDERY RESIDUE

WHITE PLASTIC CONTAINER CONTAINING A BROWN POWDERY SUBSTANCE

FRYING PAN COATED IN A POWDERY RESIDUE

- CENTRAL MACHINERY 12 TON SHOP PRESS
- PIECE OF ALUMINUM FOIL, FOUND IN BLACK LEXUS FIRST AID KIT BAG
- PLASTIC BAG CONTAINING A WHITE PLATE COATED IN A BROWN POWDERY RESIDUE, AND A SMALL MEASURING SPOON
- HAMILTON BEACH COFFEE GRINDER COATED IN A WHITE POWDERY RESIDUE
- TWO WEIGHMAX DIGITAL SCALES CONTAINING A WHITE POWDERY RESIDUE
- TWO BLACKFIN HANDHELD RADIOS AND ONE ENERGIZER MAX AAA BATTERY
- PIECE OF USED DUCT TAPE
- CARDBOARD BOX ADDRESSED TO INTERNATIONAL T, 2114 TOLEDANO STREET APT 6, NEW ORLEANS, LA 70155
- TOP OF SHOE BOX AND TOP OF ZIPLOCK BAG BOX, CONTAINING HANDWRITING
- SIX THOUSAND ONE HUNDRED AND FORTY DOLLARS IN UNITED STATES CURRENCY
- ONE BROWN BEVERLEY HILLS POLO CLUB BAG CONTAINING TWO RAW NATURAL UNREFINED ROLLING PAPERS WRAPPERS, CARMEX LIP BALM, NEOSPORIN, MUPIROCIN, ASPERCREAM, VERSACE COLOGNE, TWO PEDICURE KITS, AND A PIECE OF FOAM